# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Martin James Cudo,<br><br>　　　　　　Defendant. | Criminal No. 23-mj-941 DLM<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge Douglas L. Micko on December 18, 2023. Defendant waived the removal hearing and preliminary hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of Columbia, and he is ordered removed to that district for further proceedings.

Dated: December 18, 2023　　　　　　　*s/Douglas L. Micko*
　　　　　　　　　　　　　　　　　　　Douglas L. Micko
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge